2:06-cv-02114-DGB  # 4  Page 1 of 1

AO 440 (Rev. 10/93) Summons in a Civil Action

COPY

E-FILED
Tuesday, 20 June, 2006 03:11:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court

<u>Central</u> DISTRICT OF <u>Illinois</u>

Joseph E. Posey Sr.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-2114

Champaign Park District

TO: (Name and address of defendant)
David Schneider
706 Kenwood
Champaign, IL 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph Ervin Posey Sr.
117 E. Roper
Champaign, IL 61820

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

6/20/06
DATE

s/V. Ball
(BY) DEPUTY CLERK