**E-FILED**
Monday, 17 July, 2006  02:02:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF ILLINOIS

**APPEARANCE**

| | |
|---|---|
| **JOSEPH E. POSEY, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 06-2114** |
| ) | |
| **CHAMPAIGN PARK DISTRICT,** ) | |
| ) | |
| **Defendant.** ) | |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, Champaign Park District

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 17, 2006 | s/ Gregory R. James, Jr. |
| Date | Signature |
| | |
| | Gregory R. James, Jr.            06198667 |
| | Print Name |
| | |
| | Laner, Muchin, Dombrow, Becker, |
| | Levin and Tominberg, Ltd. |
| | 515 North State Street, Suite 2800 |
| | Chicago, Illinois 60610 |
| | (312) 467-9800 |
| | (312) 467-9479 (fax) |
| | gjames@lanermuchin.com |