**E-FILED**
Monday, 17 July, 2006  02:05:40 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| JOSEPH E. POSEY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  06-2114 |
| | ) | |
| CHAMPAIGN PARK DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>DEFENDANT'S CERTIFICATE OF INTEREST</u>

The undersigned, counsel of record for Champaign Park District, Defendant, furnishes the following in compliance with Rule 11.3 of this Court.

1.    The full name of every party or amicus the attorney represents in this case: <u>Champaign Park District</u>

2.    If such party or amicus is a corporation:

(a)    its parent corporation, if any:  <u>None</u>

(b)    a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company:  <u>None</u>

3.    The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:  <u>Laner. Muchin, Dombrow, Becker, Levin and Tominberg, Ltd.</u>

Dated:  July 17, 2006                     Respectfully submitted,


s/ Gregory R. James, Jr.
Gregory R. James, Jr. (06198667)
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)
gjames@lanermuchin.com
Attorney for Defendant Champaign Park
District