**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| JOSEPH E. POSEY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 06-2114 |
| | ) |
| CHAMPAIGN PARK DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that he caused **Defendant's Answer to Plaintiff's Complaint, Attorney Appearance, Certificate of Interest, and the instant Certificate of Service** in the above-captioned matter to be served on the pro se party of record listed below, by First Class Mail, postage prepaid, before the hour of 5:00 p.m. on this 17th day of July 2006, addressed to:

> Mr. Joseph E. Posey, Sr.
> 117 East Roper
> Champaign, Illinois  61820

> s/ Gregory R. James, Jr.
> ───────────────────────
> Gregory R. James, Jr. (06198667)
> Laner, Muchin, Dombrow, Becker,
>  Levin and Tominberg, Ltd.
> 515 North State Street, Suite 2800
> Chicago, Illinois 60610
> (312) 467-9800
> (312) 467-9479 (fax)
> gjames@lanermuchin.com
> Attorney for Defendant Champaign Park District