**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

E-FILED
Monday, 31 July, 2006 12:43:36 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| PLAINTIFF: Joseph E. Posey Sr. | COURT CASE NUMBER: 06-2114 |
| DEFENDANT: Champaign Park District | TYPE OF PROCESS: Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David Schneider

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
706 Kenwood Dr. Champaign, IL 61820

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph E. Posey Sr.
117 E. Roper
Champaign, IL 61820

FILED
JUL 3 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 6/23/6 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/28/06    Time: 4:40 pm

Signature of U.S. Marshal or Deputy: Dusn JCarroll

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $5.70 | — | $50.70 | — | $50.70 | — |

REMARKS:
1 Dusn - 1hour - 12mi RT

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

# United States District Court

**Central** DISTRICT OF **Illinois**

Joseph E. Posey Sr.

V.

Champaign Park District

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-2114

TO: (Name and address of defendant)

David Schneider
706 Kenwood
Champaign, IL. 61820

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph Ervin Posey Sr.
117 E. Roper
Champaign, IL 61820

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

s/V. Ball
(By) DEPUTY CLERK

6/20/06
DATE