## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| JOSEPH E. POSEY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 06-2114 |
| | ) |
| CHAMPAIGN PARK DISTRICT, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH RESPECT TO ITS RULE 26(a)(1) DISCLOSURES

Defendant, Champaign Park District ("Defendant" or the "Park District"), by and through its attorneys, hereby certifies to the Court that, in compliance with the Court's July 17 Order, it has submitted a copy of its Federal Rule of Civil Procedure Rule 26(a)(1) disclosures to Joseph E. Posey, Sr., the Plaintiff in the above-captioned case.

Dated: August 2, 2006                   Respectfully submitted,

                                        s/ Gregory R. James, Jr.
                                        Gregory R. James, Jr. (06198667)
                                        Laner, Muchin, Dombrow, Becker,
                                         Levin and Tominberg, Ltd.
                                        515 North State Street, Suite 2800
                                        Chicago, Illinois 60610
                                        (312) 467-9800
                                        (312) 467-9479 (fax)
                                        gjames@lanermuchin.com
                                        Attorney for Defendant Champaign Park
                                        District

## CERTIFICATE OF SERVICE

Gregory R. James, Jr., an attorney, hereby certifies that he caused **Defendant's Certificate of Compliance With Respect to its Rule 26(a)(1) Disclosures** in the above-captioned matter to be filed electronically with the Court and to be served on the pro se party of record listed below, by First Class Mail, postage prepaid, before the hour of 5:00 p.m. on this 2nd day of August 2006, addressed to:

>Mr. Joseph E. Posey, Sr.
>117 East Roper
>Champaign, Illinois  61820

>s/ Gregory R. James, Jr.
>Gregory R. James, Jr. (06198667)
>Laner, Muchin, Dombrow, Becker,
> Levin and Tominberg, Ltd.
>515 North State Street, Suite 2800
>Chicago, Illinois 60610
>(312) 467-9800
>(312) 467-9479 (fax)
>gjames@lanermuchin.com
>Attorney for Defendant Champaign Park District