E-FILED
Wednesday, 02 August, 2006  10:53:12 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **JOSEPH E. POSEY, SR.,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 06-2114 |
| **CHAMPAIGN PARK DISTRICT,** | ) |
| **Defendant.** | ) |

### PARTIES' REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff, Joseph E. Posey, Sr. ("Plaintiff"), being represented *pro se* and Defendant, Champaign Park District ("Defendant'), being represented by Gregory R. James, Jr., Plaintiff and Defendant's counsel conferred on July 31, 2006 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which Plaintiff and Defendant's counsel have agreed upon.

1. Parties will exchange initial disclosures pursuant to FED.R.CIV.P. 26(a)(1) by August 8, 2006.

2. The deadline for amendment of pleadings is September 20, 2006.

3. The deadline for joining additional parties is September 20, 2006.

4. Plaintiff shall disclose experts and provide expert reports by September 30, 2006. Plaintiff shall make any such experts available for deposition by November 1, 2006. (The parties do not anticipate any need for expert witnesses.)

5. Defendant shall disclose experts and provide expert reports by October 30, 2006. Defendant shall make any such experts available for deposition by December 1, 2006. (The parties do not anticipate any need for expert witnesses.)

6. Discovery shall be modified as follows: Not applicable.

7. All discovery, including deposition of experts, is to be completed by December 15, 2006.

8. The deadline for filing case dispositive motions shall be April 15, 2007.

| | |
|---|---|
| JOSEPH E. POSEY, SR.,<br>Plaintiff | CHAMPAIGN PARK DISTRICT,<br>Defendant |
| By: s/ Joseph E. Posey, Sr. | By: s/ Gregory R. James, Jr.<br>Laner, Muchin. Dombrow, Becker, Levin & Tominberg, Ltd. |

## ORDER

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____.

## **CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that he caused the **Parties' Report of Rule 26(f) Planning Meeting** in the above-captioned matter to be electronically filed with the Court and to be served on the *pro se* party of record listed below by First Class Mail, postage prepaid, before the hour of 5:00 p.m. on this 2nd day of August, 2006, addressed to:

>Mr. Joseph E. Posey, Sr.
>117 East Roper
>Champaign, IL  61820

>s/ Gregory R. James, Jr.
>Gregory R. James, Jr. (06198667)
>Laner, Muchin, Dombrow, Becker,
>   Levin & Tominberg, Ltd.
>515 North State Street, Suite 2800
>Chicago, IL  60610
>(312) 467-9800
>(312) 467-9479 (fax)
>gjames@lanermuchin.com
>Attorney for Defendant