I, Joseph Ervin Posey Sr. would like to file a motion requesting a jury trial in the matter of Posey v. Champaign Park District Case no. 06-2114. Opposing side will recieved a copy of this matter by mail.

Thank you

Joseph E Posey Sr.

FILED
AUG 29 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL