**E-FILED**
Tuesday, 26 September, 2006  03:17:02 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **JOSEPH E. POSEY, SR.,**    ) | |
| **Plaintiff,**    ) | |
| **v.**    ) | |
| ) | **Case No.  06-2114** |
| **CHAMPAIGN PARK DISTRICT,**    ) | |
| ) | |
| **Defendant.**    ) | |

## DISCOVERY ORDER

A discovery conference was held **August 23, 2006,** pursuant to FRCP 16 and local rule 16.2(A).  Plaintiff appeared pro se.  Defendant appeared by Gregory R. James, Jr.  The progress of discovery to date was discussed.  Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1.  Parties will exchange initial disclosures pursuant to FED. R. CIV. P.  26(a)(1) by **August 8, 2006.**

2.  The deadline for amendment of pleadings is **September 20, 2006.**

3.  The deadline for joining additional parties is **September 20, 2006.**

4.  Plaintiff shall disclose experts and provide expert reports by **September 30, 2006.** Plaintiff shall make any such experts available for deposition by **November 1, 2006.**

5.  Defendant shall disclose experts and provide expert reports by **October 30, 2006.** Defendant shall make any such experts available for deposition by **December 1, 2006.**

6.  All discovery, including deposition of experts, is to be completed by **December 15, 2006.**

7.  The deadline for filing case dispositive motions shall be **April 15, 2007.**

8.  The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **August 31, 2007, at 9:00 a.m.**

9.  The matter is scheduled for *jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **September 10, 2007, at 9:00 a.m. (Case No. 6).**

ENTER this 26th day of September, 2006

_____ s/ DAVID G. BERNTHAL _____
U.S. MAGISTRATE JUDGE