**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| JOSEPH E. POSEY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 06-2114 |
| | ) |
| CHAMPAIGN PARK DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, Champaign Park District ("Defendant" or "Park District"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1(D), hereby moves for summary judgment in the instant lawsuit filed by Plaintiff, Joseph E. Posey, Sr. ("Plaintiff"). In support of its Motion, the Park District states as follows:

1. Plaintiff claims that the Park District discriminated against him based on his race, in violation of Title VII of the Civil Rights Act of 1964, as amended.

2. Based on the undisputed material facts (Plaintiff has alleged in his Complaint and told members of Park District management that he bought alcohol on work time, wearing a Park District uniform and while driving a Park District vehicle), the Park District is entitled to summary judgment on Plaintiff's race discrimination claim.

3. The Park District is entitled to summary judgment for the following reasons:

    a. Plaintiff cannot prove discrimination under the direct method.

    b. Plaintiff also cannot prove discrimination under the indirect method.

        (1) He cannot establish a *prima facie* case of race discrimination (he was not meeting the Park District's legitimate

expectations, and he cannot point to similarly situated individuals outside of the protected class who were treated more favorably than him).

(2)    Even if Plaintiff could establish a *prima facie* case of race discrimination, the Park District has articulated legitimate non-discriminatory reasons for its actions (Plaintiff admitted to engaging in conduct which violated the Park District's work rules), and Plaintiff has not shown that these reasons are pretextual.

4.    In further support of this Motion, the Park District submits its Memorandum of Law and the Affidavit of Mary McGrew, Human Resources Manager, pursuant to local rule.

WHEREFORE, for all the foregoing reasons, Defendant, Champaign Park District, respectfully requests this Court grant its Motion for Summary Judgment.

Dated:  April 16, 2007                                    Respectfully submitted,

                            s/ Gregory R. James, Jr.
                            Gregory R. James, Jr. (06198667)
                            Joshua A. Dombrow (06255857)
                            Laner, Muchin, Dombrow, Becker,
                              Levin and Tominberg, Ltd.
                            515 North State Street, Suite 2800
                            Chicago, Illinois 60610
                            (312) 467-9800
                            (312) 467-9479 (fax)
                            gjames@lanermuchin.com
                            Attorney for Defendant Champaign Park District