E-FILED
Monday, 16 April, 2007   04:51:27 PM
Clerk, U.S. District Court, ILCD

## CERTIFICATE OF SERVICE

Gregory R. James, Jr., an attorney, hereby certifies that he caused **Defendant's Motion for Summary Judgment, Memorandum in Support Of and supporting exhibits** in the above-captioned matter to be filed with the Court through application of the Court's electronic filing system and that he caused the above-mentioned documents to be served on the party listed below, by placing same in the U.S. Mail located at 515 North State Street, Suite 2800, Chicago, Illinois 60610, postage prepaid, before the hour of 5:00 p.m. on this 16th day of April, 2007, addressed to:

> Mr. Joseph E. Posey, Sr.
> 117 East Roper
> Champaign, Illinois  61820

> s/ Gregory R. James, Jr.
> Gregory R. James, Jr.