

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOSEPH E. POSEY, SR., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 06-2114 |
| CHAMPAIGN PARK DISTRICT, | ) |
| Defendant, | ) |

FILED
MAY 07 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Joseph E. Posey, Sr., ("Plaintiff"), pursuant Federal Rule of Civil Procedure 56, hereby moves for summary judgment in the instant lawsuit filed by Plaintiff, Joseph E. Posey, Sr. ("Plaintiff"). In support of its Motion, Joseph E. Posey, Sr. states as follows:

1. Defendant, discriminated against him based on his race, in violation of Title VII of the Civil Rights Act of 1964, as amended.

2. Based on the telephone conversation between the Plaintiff and Defendant with the Department of Employment Security Appeals Division, the referee decided it was for reason other than misconduct.

3. The Plaintiff is entitled to summary judgment for the following reasons:

   a. Defendant representative (Mary McGrew) stated to the Plaintiff that he would not be dismissed upon taking the alcohol test.

   b. Plaintiff passed the alcohol test.

WHEREFORE, for all the foregoing reasons, Plaintiff, Joseph E. Posey, Sr.

respectfully requests that this court grants it Motion for Summary Judgment.

Dated: May 7, 2007                                     Respectfully submitted,

*Joseph E. Posey Sr.*
Joseph E. Posey, Sr.
Pro Se
117 East Roper
Champaign, IL. 61820
(217) 355-9311
(217) 390-1550
jeps1028@yahoo.com