E-FILED
Friday, 01 June, 2007  03:55:01 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| JOSEPH E. POSEY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 06-2114 |
| | ) | |
| CHAMPAIGN PARK DISTRICT, | ) | Judge Michael P. McCuskey |
| | ) | Magistrate Judge David G. Bernthal |
| Defendant. | ) | |

**DEFENDANT CHAMPAIGN PARK DISTRICT'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FOR RULING UPON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Champaign Park District ("Defendant" or "Park District), by its attorneys, respectfully moves this Court to strike the Motion for Summary Judgment and Memorandum in Support of the Motion for Summary Judgment filed by Plaintiff, Joseph E. Posey, Sr. ("Plaintiff"), as untimely filed, and to rule upon Defendant's Motion for Summary Judgment, and, in support states as follows:

1.　At the initial scheduling conference for this case, the Court clearly and unequivocally explained to Plaintiff that he was required to follow the schedule set by the Court and to follow the Federal and Local rules.

2.　Plaintiff has failed to follow this Court's instructions and the Federal and Local rules.

3.　Specifically, Defendant filed its Motion for Summary Judgment on April 16, 2007, including Defendant's Undisputed Material Facts.  Plaintiff has failed to ever file a response to the Park District's Motion for Summary Judgment in accordance with the Rule 56 Notice the Court sent to Plaintiff.  (Entry #18 on the Court's Docket Sheet.)

4.      Instead of filing a response to Defendant's Motion for Summary Judgment, Plaintiff filed his own Motion for Summary Judgment on May 7, 2007, twenty-one days <u>after</u> the filing deadline (April 16, 2007) for case dispositive motions as ordered by the Court.

5.      As a result, based on Plaintiff's failure to file a response to Defendant's Motion for Summary Judgment, the Court should: (1) deem admitted the undisputed facts submitted by Defendant in its Motion for Summary Judgment; and (2) rule upon Defendant's Motion for Summary Judgment.

6.      Further, Plaintiff's Motion for Summary Judgment should be stricken because it was not timely filed and Plaintiff never sought leave for additional time to file: (1) a response to Defendant's Motion for Summary Judgment (and no response has ever been filed); or (2) his own separate and untimely Motion for Summary Judgment.

WHEREFORE, Defendant, Champaign Park District, respectfully requests that this Court strike the Motion for Summary Judgment and Memorandum in Support of the Motion for Summary Judgment filed by Plaintiff and deem admitted the undisputed material facts submitted by Defendant in its Motion for Summary Judgment for the purposes of ruling on Defendant's Motion for Summary Judgment.

Dated: June 1, 2007                                  Respectfully submitted,

s/ Gregory R. James, Jr.
Gregory R. James, Jr. (06198667)
Joshua A. Dombrow (06255857)
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)
gjames@lanermuchin.com
Attorneys for Defendant Champaign Park
District

## **CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that he caused **Defendant Champaign Park District's Motion To Strike Plaintiff's Motion For Summary Judgment And For Ruling Upon Defendant's Motion For Summary Judgment** in the above-captioned matter to be filed with the Court through application of the Court's electronic filing system and that he caused the above-mentioned documents to be served on the party listed below, by placing same in the U.S. Mail located at 515 North State Street, Suite 2800, Chicago, Illinois 60610, postage prepaid, before the hour of 5:00 p.m. on this 1st day of June, 2007, addressed to:

>Mr. Joseph E. Posey, Sr.
>117 East Roper
>Champaign, Illinois  61820

>s/ Gregory R. James, Jr.
>Gregory R. James, Jr.