**E-FILED**
Tuesday, 10 July, 2007  10:17:04 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES  DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **JOSEPH E. POSEY, SR.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No.  06-2114** |
| **CHAMPAIGN PARK DISTRICT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# O R D E R

On September 26, 2006, the Court entered a Discovery Order (#15) which established April 15, 2007,[1] as the deadline for filing case dispositive motions.  On April 16, 2007, Defendant Champaign Park District filed a Motion for Summary Judgment (#16).  Thereafter, on May 7, 2007, Plaintiff filed a document entitled Plaintiff's Motion for Summary Judgment (#20).  On June 1, 2007, Defendant filed Defendant Champaign Park District's Motion to Strike Plaintiff's Motion for Summary Judgment and for Ruling Upon Defendant's Motion for Summary Judgment (#22).  On June 29, 2007, Plaintiff filed a document entitled Plaintiff Joseph E. Posey, Sr.'s Response to Defendant's Motion for Summary Judgment (#28).  Despite its title, the document appears to be a response to the aforementioned motion to strike (#22).

The Court has carefully reviewed the written submissions of the parties.  It is clear that the Motion for Summary Judgment (#20) filed by Plaintiff on May 7, 2007, was untimely.  No extension was sought by Plaintiff.  Plaintiff's pro se status does not exempt him from the rules or the order of the Court.

---

[1]April 15, 2007, was a Sunday, an error not realized at the time the Discovery Order was entered.

Accordingly, the untimely motion **(#20)** is **STRICKEN** and will not be considered by the Court as a motion.

In the document filed June 29, 2007, entitled Plaintiff Joseph E. Posey Sr.'s Response to Defendant's Motion for Summary Judgment (#28), Plaintiff suggests that the document filed May 7, 2007, was intended as his response to Defendant's Motion for Summary Judgment.  Treated as a response, the filing was timely.  Accordingly, despite the title, the Court will consider Plaintiff's May 7, 2007, filing as his response to Defendant's Motion for Summary Judgment.  Further, as requested, by Defendant, the Court will proceed to resolve the Motion for Summary Judgment (#16) filed by Defendant.

Defendant's Motion to Strike **(#22)** is **GRANTED to the extent that Plaintiff's Motion for Summary Judgment (#20) is stricken as a motion**.  Defendant's motion is further **GRANTED to the extent that Defendant requested the Court to proceed to resolution of its motion**.  That motion is **DENIED to the extent it seeks other relief**.

ENTER this 10th day of July, 2007

_____s/ DAVID G. BERNTHAL_____
U.S. MAGISTRATE JUDGE

2