E-FILED
Friday, 10 August, 2007  07:12:41 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| JOSEPH E. POSEY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 06-2114 |
| | ) | |
| v. | ) | Judge Michael P. McCuskey |
| | ) | |
| CHAMPAIGN PARK DISTRICT, | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendant. | ) | |

### DEFENDANT CHAMPAIGN PARK DISTRICT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE

Defendant, Champaign Park District ("Defendant" or "Park District"), by and through its attorneys, in support of its Motion to Strike Plaintiff, Joseph E. Posey, Sr.'s ("Plaintiff"), Reply in Support of Plaintiff's Motion for Summary Judgment, states as follows:

1. On April 16, 2007, on the deadline for submitting case-dispositive motions pursuant to the parties' previously-agreed-upon Discovery Order, Defendant filed its Motion for Summary Judgment.

2. After Defendant filed its Motion for Summary Judgment, the Court sent Plaintiff a letter (attached to Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment). The letter informed Plaintiff that a motion for summary judgment had been filed and advised Plaintiff that "you have **twenty-one (21)** days from the date of filing to _**respond**_ to the motion." (Emphasis for "twenty-one (21)" in original; emphasis added for "respond")

3. Instead of filing a response, Plaintiff filed his own untimely Motion for Summary Judgment on May 7, 2007.

4. On July 10, 2007, the Court ruled that Plaintiff's Motion for Summary Judgment was untimely, and it deemed the untimely motion stricken.

5. The Court also ruled that it would consider Plaintiff's May 7, 2007 filing as a Response to Defendant's Motion for Summary Judgment.

6. Plaintiff cannot properly file a reply brief in support of a motion that is not being considered by the Court because it was stricken.

7. As a result, the Court should strike "Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment" and rule upon Defendant's Motion for Summary Judgment, taking into consideration Defendant's Motion for Summary Judgment and Memorandum in Support of, Plaintiff's "Response" and Defendant's Reply Memorandum in Support of Defendant's Motion for Summary Judgment.[1]

WHEREFORE, Defendant, Champaign Park District, respectfully requests that the Court strike Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment and grant any further relief the Court deems just and proper.

---

[1] Even if the Court considered Plaintiff's Reply, Plaintiff's reference to the testimony before the Illinois Department of Employment Security on page 1 is impermissible because the Illinois Unemployment Insurance Act, 820 ILCS 405/1900 (A) and (B) provides that information obtained during the administration of the Act "shall not be used in any court in any pending action or proceeding other than one arising from this Act." Conrad v. P.T.O. Services, Inc., 1996 U.S. Dist. LEXIS 7609 at *21 (N.D. IL, May 30, 1996, citing Lawrence v. Marion Pepsi-Cola Bottling Co., 221 Ill. App. 3d 623, 727 (1991); Rehki v. Wildwood Industries, Inc., 816 F. Supp. 1312, 1314-1315 (C.D. IL, 1993), aff'd 61 F. 3d 1313 (7th Cir. 1995). Moreover, Plaintiff's citation to IDES proceedings is not probative to the issues in this case.

Dated: August 10, 2007                              Respectfully submitted,

                                                       s/ Gregory R. James, Jr.
                                                      Gregory R. James, Jr. (06198667)
Joshua A. Dombrow (06255857)
Laner, Muchin, Dombrow, Becker,
  Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)
gjames@lanermuchin.com
Attorneys for Defendant Champaign Park District

**CERTIFICATE OF SERVICE**

Gregory R. James, Jr., an attorney, hereby certifies that he caused **Defendant Champaign Park District's Reply in Support Of Defendant's Motion to Strike** in the above-captioned matter to be filed with the Court through application of the Court's electronic filing system and that he caused the above-mentioned documents to be served on the party listed below, by placing same in the U.S. Mail located at 515 North State Street, Suite 2800, Chicago, Illinois 60610, postage prepaid, before the hour of 5:00 p.m. on this 10th day of August, 2007, addressed to:

> Mr. Joseph E. Posey, Sr.
> 117 East Roper
> Champaign, Illinois  61820

> s/ Gregory R. James, Jr.
> Gregory R. James, Jr.