# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JOSEPH E. POSEY, SR.**

        vs.                                             Case Number:   **06-2114**

**CHAMPAIGN PARK DISTRICT**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Champaign Park District and against Joseph E. Posey, Sr.

ENTER this 17th day of August, 2007

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK